No. 5867.—M. LAMADRID & Co., SUCRS., S. EN C., aplda., *v.* ZALDUONDO VEVE, aplte.—C. D. Humacao. Diciembre 1, 1931.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, la parte apelada en moción notificada a la apelante cuya vista se celebró el 30 de noviembre último con la sola asistencia de la dicha parte apelada, solicita la desestimación de este recurso por frívolo, ya que se trata de un cobro de dinero basado en un pagaré cuyo otorgamiento fué admitido por el propio demandado;

POR TANTO, visto el caso del *Banco Masónico* v. *Heraclio López y Co.*, 38 D.P.R. 187, se desestima, por frívola, la apelación interpuesta.

No. 5644.—SELLÉS, CASAS & Co., SUCRS., S. EN C., aplte., *v.* SANTINI FERTILIZER Co., INC., ET ALS., apldos.—C. D. San Juan. Abril 17, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Vista la moción de la apelada para que desestimemos esta apelación interpuesta contra sentencia en juicio de tercería y los casos de *González* v. *N. Santini & Co.*, 25 D.P.R. 650, y de *Schroeder* v. *Sucn. Collazo Muñiz*, 26 D.P.R. 730, se desestima esta apelación por haber sido interpuesta después de transcurridos los diez días que la ley concede para establecerla.